```
1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3701
7     Fax: (510) 637-3701
      Email: Stephen.Corrigan@usdoj.gov
8
   Attorneys for Plaintiff
9
                      UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
11
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 4:07-70394 WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (PROPOSED) |
| v. | ) | ORDER TO CONTINUE |
| | ) | |
| TANVEER SYED, | ) | |
| | ) | |
| Defendant. | ) | |

The parties request a continuance of the next scheduled court appearance from September 19, 2007 at 10:00 am to September 26, 2007 at 10:00 a.m. This continuance is requested to grant the parties additional time to discuss a pre-indictment disposition. Defendant Tanveer Syed waives the timing of her right to preliminary hearing pursuant to Rule 5.1 until September 26, 2007.

DATED: September 18, 2007        /s/
                                 STEPHEN G. CORRIGAN
                                 Assistant United States Attorney

DATED: September 18, 2007        /s/
                                 STUART KIRCHICK
                                 Counsel for Tanveer Syed

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUE
CR 4:07-70394 WDB

Good cause appearing, IT IS ORDERED THAT: The appearance date for defendant Tanveer Syed is continued to September 26, 2007 at 10:00, and time will be tolled pursuant to Fed. R. Crim. P. 5.1 for the preliminary hearing until that date.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUE
CR 4:07-70394 WDB                           2