SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   Fax: (510) 637-3701
   Email: Stephen.Corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 4:07-70394 WDB |
|    Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
|    v. ) | CONTINUE |
| ) | |
| TANVEER SYED, ) | |
| ) | |
|    Defendant. ) | |

    The parties request a continuance of the next scheduled court appearance from September 19, 2007 at 10:00 am to September 26, 2007 at 10:00 a.m.  This continuance is requested to grant the parties additional time to discuss a pre-indictment disposition.  Defendant Tanveer Syed waives the timing of her right to preliminary hearing pursuant to Rule 5.1 until September 26, 2007.

DATED: September 18, 2007          /s/
                                       STEPHEN G. CORRIGAN
                                       Assistant United States Attorney

DATED: September 18, 2007          /s/
                                       STUART KIRCHICK
                                       Counsel for Tanveer Syed

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUE
CR 4:07-70394 WDB

1
2
3
4  Good cause appearing, IT IS ORDERED THAT: The appearance date for defendant Tanveer Syed is continued to September 26, 2007 at 10:00, and time will be tolled pursuant to Fed. R. Crim. P. 5.1 for the preliminary hearing until that date.

5
6  DATED: September 18, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUE
CR 4:07-70394 WDB                                2