1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  STEPHEN G. CORRIGAN (MASBN 100560)
   Assistant United States Attorney
5
6  1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
7  FAX: (510) 637-3724
   Email: stephen.corrigan@usdoj.gov
8
9  Attorneys for Plaintiff

FILED
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TANVEER SYED, <br> Defendant. | No. 4:07-70394 WDB <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUANCE |

The parties request a continuance of the next scheduled court appearance from September 26, 2007 at 10:00 am to October 15, 2007 at 10:00 am. This continuance is requested due to the unavailability of government counsel and to grant the parties additional time to discuss a pre-indictment disposition. Defendant Tanveer Syed waives

////
////
////
////
////

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE                      1
CR 4:07-70394 WDB

the timing of her right to preliminary hearing pursuant to Rule 5.1. until October 15, 2007.

Dated: September 25, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
STEPHEN G. CORRIGAN
Assistant United States Attorney

Dated: September 25, 2007

/s/
STUART KIRCHICK
Counsel for Defendant

## ORDER

Good cause appearing, IT IS ORDERED THAT: the appearance date of defendant Tanveer Syed is continued to October 15, 2007 at 10:00 am, and time will be tolled pursuant to Fed. R. Crim. P. 5.1 for the preliminary hearing until that date.

IT IS SO ORDERED. *This is the LAST Continuance WDB*

DATED: September 25, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

JOINT STIPULATION AND
(PROPOSED) ORDER TO CONTINUANCE
CR 4:07-70394 WDB

2